Richard K. Grosboll, State Bar No. 99729
Eileen M. Bissen, State Bar No. 245821
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: ebissen@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC.; NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST; SAN FRANCISCO ELECTRICAL INDUSTRY APPRENTICESHIP AND TRAINING TRUST; ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; NATIONAL ELECTRIC BENEFIT FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6 VACATION FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6; and TIM DONOVAN as Trustee of each of the Plaintiff Trust Funds except the National Electrical Benefit Fund and as agent for Plaintiff National Electrical Benefit Fund,<br><br>Plaintiffs,<br>v.<br><br>CARLOS ALBERTO GARCIA MANZANARES, an individual dba C&E ELECTRIC;<br><br>Defendant. | Case No.   13-cv-00615-SI<br><br>**NOTICE OF BANKRUPTCY AND AUTOMATIC STAY**<br><br>**(11 U.S.C. § 362)** |

Notice is hereby given to the Court that Defendant CARLOS ALBERTO GARCIA MANZANARES, an individual dba C&E ELECTRIC, has filed bankruptcy proceedings in the United States Bankruptcy Court for the Northern District of California, which requires an automatic stay of all proceedings in this case pursuant to 11 U.S.C. § 362. The bankruptcy case number is 13-BK-31011.

It is unknown how many months will transpire before the bankruptcy is concluded or relief from stay can be granted. As such, Plaintiffs respectfully request that this Court stay this case, per 11 U.S.C. § 362, and vacate any and all pending dates.

Dated: July 24, 2013

NEYHART, ANDERSON, FLYNN & GROSBOLL, APC

By: _____
Eileen M. Bissen
Attorneys for Plaintiffs