William J. Flynn, State Bar No. 095371
Wan Yan Ling, State Bar No. 297029
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
wflynn@neyhartlaw.com
wling@neyhartlaw.com
**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISO DIVISION

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC., *et al.* | Case No.: 13-cv-00615-SI |
| | **STIPULATION FOR JUDGMENT** |
| **Plaintiffs** | |
| vs. | |
| CARLOS ALBERTO GARCIA, | |
| **Defendant** | |

RECEIVED
APR - 3 2015
Neyhart, Anderson,
Flynn & Grosboll

1. Defendant filed for bankruptcy in the United States Bankruptcy Court for the Northern District of California on April 28, 2013. The bankruptcy case number is 13-BK-31011.
2. In the bankruptcy proceeding, a portion of Defendant's debt to Plaintiffs was discharged.
3. The automatic stay in bankruptcy has lifted.
4. The parties agree that the current non-dischargeable debt is $41,650.50.
5. The Court may enter judgment for that amount in the name of Plaintiff ELECTRICAL INDUSTRY SERVICE BUREAU, INC.

WE STIPULATE TO THE ABOVE.

_____
Carlos Garcia, Defendant

Dated: 3/27/15

_____
William J. Flynn
On Behalf of Electrical Industry Service Bureau, Inc.,
For itself and other Plaintiffs as Collection Agent

Dated: 4/9/15

IT IS SO ORDERED.

Dated: 4/10/15

_____
Susan Illston
U.S. District Judge

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW